UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0639 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JOSE DE JESUS ROSAS-MANCILLA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose De Jesus Rosas-Mancilla</u>, Criminal Case No. 08CR0107-JM.

DATED: March 5, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney