# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                vs )
Jose De Jesus Rosus-Mancilla )

CASE NUMBER ___08CR0639 JM___

ABSTRACT OF ORDER

Booking No. ___15414097___

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___June 6, 2008___

the Court entered the following order:

_____✓_____ Defendant be released from custody, as to this case only.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. Case 08CR0107 JM still pending.

FILED
JUN - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by
                Deputy Clerk

Received ___6-9-08___
         DUSM

Laura Barkins

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY